IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01436–EWN–CBS

GAIL JANET LAGOMARSINO-BURMMETT,
on behalf of herself and all others similarly situated,

    Plaintiff,

v.

MERCK & CO., Whitehouse, New Jersey,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

The "Joint Motion to Stay Pre-Trial Proceedings Pending Transfer to and Proceedings in MDL No. 1657" [#4] filed September 23, 2005 is GRANTED.  The parties shall file status reports every thirty days, commencing on October 31, 2005 until the transfer order has been filed with this court.

Dated: September 26, 2005